146 A.3d 462

WAITHE

v.

COHN

No. 290 Sept.Term 2016

Court of Appeals of Maryland.

September 1, 2016

Opinion of the Court of Special Appeals unreported (No. 1230, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 462

**BOARD OF LIQUOR LICENSE COMMISSIONERS FOR BALTIMORE CITY**

v.

**KOUGL**

No. 243, Sept. Term, 2016

Court of Appeals of Maryland.

September 2, 2016

Reported below: 228 Md.App. 314, 137 A.3d 1062.

Petition for writ of certiorari granted.